**SHA-1 Hash:** 77A45D676CEF28F3EA2E9ACB4C602CADC6BBAA69    **Title**   Introducing Diana
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.33.193.97 | 5/21/2012 0:19 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 68.33.227.112 | 5/12/2012 20:03 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.50.5.251 | 6/21/2012 15:33 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 68.55.109.35 | 5/25/2012 11:33 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 76.26.132.246 | 5/19/2012 11:26 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 66.44.33.226 | 6/6/2012 19:30 | Washington | DC | RCN Corporation | BitTorrent |

EXHIBIT A