# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of COLUMBIA

Case Number: 1:12-CV-01121-GK

Plaintiff:
**MALIBU MEDIA LLC**

vs.

Defendant:
**LAURA POHL**

PRS2012024597

For:
Jon A. Hoppe
MADDOX, HOPPE, HOOFNAGLE, & HAFEY, LLC.
1401 Mercantile Ln
Suite 105
Largo, MD 20774

Received by PRIORITY PROCESS to be served on **LAURA POHL, 3534 10TH STREET NW, APT 340, WASHINGTON, DC 20010.**

I, KERWIN MATTHEWS, being duly sworn, depose and say that on the **31st day of October, 2012** at **1:05 pm**, I:

**INDIVIDUALLY/PERSONALLY** served defendant by delivering a true copy of the **A SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LAURA POHL** at the alternate address of: **425 3RD STREET SW, SUITE 1200, WASHINGTON, DC 20024**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVED AT WORK ADDRESS ***425 3RD STREET, SW, SUITE 1200, WASHINGTON, DC 20024***

**Description** of Person Served: Age: 30s, Sex: F, Race/Skin Color: ASIAN, Height: 5'6, Weight: 140, Hair: BROWN, Glasses: N

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action.

LISA GARTON
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 1/18/2016

**KERWIN MATTHEWS**
Process Server

Subscribed and sworn to before me on the 1st day of November, 2012 by the affiant who is personally known to me.

Notary Public

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: PRS-2012024597

Service Fee: $60.00