## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                          Civil Action No. 1:12-cv-01121-GK

LAURA POHL,

    Defendants.
                                   /

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF LAURA POHL

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendant, Laura Pohl from this action with prejudice. Laura Pohl was assigned the IP Address 76.26.132.246. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Laura Pohl has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 20, 2012

                                                            Respectfully submitted,

                                                            By:   /s/ *Jon A. Hoppe*
                                                            Jon A. Hoppe, Esquire
                                                            jhoppe@mhhhlawfirm.com
                                                            MADDOX, HOPPE, HOOFNAGLE &
                                                            HAFEY, L.L.C.
                                                           1401 Mercantile Lane #105
                                                           Largo, Maryland 20774
                                                          Phone: 301-341-2580
                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Jon A. Hoppe*
      Jon A. Hoppe